1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney

5

   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone: (510) 637-3705
7  Facsimile: (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

8

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )    No. CR-08-0245 CW
                                      )
14 |       Plaintiff,                 )    PETITION FOR AND WRIT OF HABEAS
                                      )    CORPUS AD PROSEQUENDUM
15 |    v.                            )
                                      )
16 | SOEUNG MOUV,                     )
        aka Mouv Soeung,              )
17 |    aka Brian Mouv,               )
        aka Soeurt Mouv,              )
18 |    aka "Goofy,"                  )
                                      )
19 |       Defendant.                 )
                                      )
                                      )
20

21        TO:    The Honorable Maria-Elena James, United States Magistrate Judge of the United

22        States District Court for the Northern District of California:

23        Assistant United States Attorney James C. Mann respectfully requests that this Court

24 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, SOEUNG MOUV

25 (aka Mouv Soeung, aka Brian Mouv, aka Soeurt Mouv, aka "Goofy") (CDC No. V53458; PFN

26 No. BCM130), whose place of custody and jailor are set forth in the requested Writ,

27

28

1  attached hereto. The prisoner is required as the defendant in the above-entitled matter in this

2  Court, and therefore petitioner prays that this Court issue the Writ as presented.

3

4  Dated: July 23, 2008                    Respectfully submitted,

5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
6

7

8                                          JAMES C. MANN
                                           Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0245 CW

1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11   | UNITED STATES OF AMERICA,          )    No. CR-08-0245 CW
                                           )
12   |          Plaintiff,                 )
                                           )    [PROPOSED] ORDER GRANTING
13   |   v.                                )    PETITION FOR AND WRIT OF HABEAS
                                           )    CORPUS AD PROSEQUENDUM
14   | SOEUNG MOUV,                        )
         aka Mouv Soeung,                  )
15       aka Brian Mouv,                   )
         aka Soeurt Mouv,                  )
16       aka "Goofy,"                      )
                                           )
17   |          Defendant.                 )
                                           )
18

19         Upon motion of the United States of America, and good cause appearing therefore,

20         IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

21   Habeas Corpus Ad Prosequendum requiring the production of defendant SOEUNG MOUV (aka

22   Mouv Soeung, aka Brian Mouv, aka Soeurt Mouv, aka "Goofy") (CDC No. V53458; PFN No.

23   BCM130) before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on

24   Thursday, August 14, 2008 or as soon thereafter as may be practicable, is granted, and the Writ

25   shall be issued as presented.

26

27   DATED:_____        _____
                                    HON. MARIA-ELENA JAMES
28                                  United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0245 CW

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of SOEUNG MOUV (aka Mouv Soeung, aka Brian Mouv, aka Soeurt Mouv, aka "Goofy") (CDC No. V53458; PFN No. BCM130), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that SOEUNG MOUV may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
    DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0245 CW

1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   JAMES C. MANN (CABN 221603)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone: (510) 637-3705
7       Facsimile: (510) 637-3724
        E-Mail:    James.C.Mann@usdoj.gov
8
9   Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR 08-0246 CW
                                       )
14          Plaintiff,                 )    PETITION FOR AND WRITS OF
                                       )    HABEAS CORPUS AD
15      v.                             )    PROSEQUENDUM
                                       )
16  KAO SAETURN,                       )
    SAN KWEN SAEPHAN,                  )
17   aka "Forty,"                      )
    JOSEPH VU NGUYEN,                  )
18  DAVIS KIET DANG,                   )
     aka Kiet Dang,                    )
19   aka Kiet Davis Anh Dang,          )
     aka Kiet Davisanh Dang, and       )
20  JANTAR PHUN,                       )
     aka "Kelley,"                     )
21                                     )
                                       )
22          Defendants.                )
                                       )
23  _____)

24          TO:     The Honorable Maria-Elena James, United States Magistrate Judge of the United

25              States District Court for the Northern District of California:

26          Assistant United States Attorney James C. Mann respectfully requests that this Court

27  issue Writs of Habeas Corpus Ad Prosequendum for the persons of prisoners (1) JOSEPH VU

28  NGUYEN (PFN No. BFB752), (2) SAN KWEN SAEPHAN (a/k/a "Forty") (CDC No. G11525;

PETITION AND [PROPOSED] ORDER FOR AND WRITS OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0246 CW

1  PFN No. BCZ538), and (3) KAO SAETURN (CDC No. V27922; PFN No. KHC008) whose

2  places of custody and jailors are set forth in the requested Writs, attached hereto. The prisoners

3  are required as the defendants in the above-entitled matter in this Court, and therefore petitioner

4  prays that this Court issue the Writs as presented.

5

6  Dated: July 23, 2008                    Respectfully submitted,

7                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
8

9

10                                         JAMES C. MANN
                                           Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11   UNITED STATES OF AMERICA,          )    No. CR 08-0246 CW
                                        )
12           Plaintiff,                 )
                                        )    [PROPOSED] ORDER GRANTING
13       v.                             )    PETITION FOR AND WRITS OF
                                        )    HABEAS CORPUS AD
14   KAO SAETURN,                       )    PROSEQUENDUM
     SAN KWEN SAEPHAN,                  )
15     aka "Forty,"                     )
     JOSEPH VU NGUYEN,                  )
16   DAVIS KIET DANG,                   )
       aka Kiet Dang,                   )
17     aka Kiet Davis Anh Dang,         )
       aka Kiet Davisanh Dang, and      )
18   JANTAR PHUN,                       )
       aka "Kelley,"                    )
19                                      )
                                        )
20           Defendants.                )
     _____)
21

22        Upon motion of the United States of America, and good cause appearing therefore,

23        IT IS HEREBY ORDERED that the United States' request for issuance of Writs of

24   Habeas Corpus Ad Prosequendum requiring the production of (1) JOSEPH VU NGUYEN (PFN

25   No. BFB752), (2) SAN KWEN SAEPHAN (a/k/a "Forty") (CDC No. G11525; PFN No.

26   BCZ538), and (3) KAO SAETURN (CDC No. V27922; PFN No. KHC008) before the Hon.

27   ////

28   ////

1   Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Thursday, August 14, 2008 or

2   as soon thereafter as may be practicable, is granted, and the Writs shall be issued as presented.

3

4   DATED:_____

5                                        HON. MARIA-ELENA JAMES
                                         United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  THE PRESIDENT OF THE UNITED STATES OF AMERICA

2  TO:   FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any
      of his authorized deputies, and the Sheriff for Alameda County, and/or any of his
3      authorized deputies:

4  GREETINGS

5  WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as

6  practicable, you have and produce the body of JOSEPH VU NGUYEN (PFN No. BFB752), in

7  your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the

8  United States District Court in and for the Northern District of California, in the Courtroom of

9  the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California

10  94612 on the third floor, in order that JOSEPH VU NGUYEN may then appear for his initial

11  appearance upon the charges heretofore filed against him in the above-entitled Court, and that

12  immediately after said hearing to return him forthwith to said above-mentioned institution or

13  abide by such order of the above-entitled Court as shall thereafter be made concerning the

14  custody of said prisoner, and further to produce said prisoner at all times necessary until the

15  termination of the proceedings in this Court;

16  IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17  the above-named person, he be immediately delivered and remanded to the United States

18  Marshal and/or his authorized deputies under this Writ.

19  WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States

20  District Court for the Northern District of California.

21  DATED: _____ ____ ___, 2008

22                         CLERK, UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
23

24
                    By:   _____
25                              DEPUTY CLERK

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 08-0246 CW

1               THE PRESIDENT OF THE UNITED STATES OF AMERICA

2   TO:    FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any
             of his authorized deputies, and the Warden for the California State Prison - Sacramento,
3          and/or any California Department of Corrections facility:

4                                GREETINGS

5     WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as

6   practicable, you have and produce the body of SAN KWEN SAEPHAN (a/k/a "Forty") (CDC

7   No. G11525; PFN No. BCZ538), in your custody in the above-mentioned institution, or any other

8   California Department of Corrections Institution, before the United States District Court in and

9   for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United

10  States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that

11  SAN KWEN SAEPHAN may then appear for his initial appearance upon the charges heretofore

12  filed against him in the above-entitled Court, and that immediately after said hearing to return

13  him forthwith to said above-mentioned institution or abide by such order of the above-entitled

14  Court as shall thereafter be made concerning the custody of said prisoner, and further to produce

15  said prisoner at all times necessary until the termination of the proceedings in this Court;

16     IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17  the above-named person, he be immediately delivered and remanded to the United States

18  Marshal and/or his authorized deputies under this Writ.

19     WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States

20  District Court for the Northern District of California.

21  DATED: _____, 2008

22                     CLERK, UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
23

24
                   By:    _____
25                           DEPUTY CLERK

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 08-0246 CW

1    THE PRESIDENT OF THE UNITED STATES OF AMERICA

2    TO:    FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any
            of his authorized deputies, and the Warden for the California State Prison - Solono,
3           and/or any California Department of Corrections facility:

4    GREETINGS

5    WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as

6    practicable, you have and produce the body of KAO SAETURN (CDC No. V27922; PFN No.

7    KHC008), in your custody in the above-mentioned institution, or any other California

8    Department of Corrections Institution, before the United States District Court in and for the

9    Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States

10   Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that KAO

11   SAETURN may then appear for his initial appearance upon the charges heretofore filed against

12   him in the above-entitled Court, and that immediately after said hearing to return him forthwith

13   to said above-mentioned institution or abide by such order of the above-entitled Court as shall

14   thereafter be made concerning the custody of said prisoner, and further to produce said prisoner

15   at all times necessary until the termination of the proceedings in this Court;

16       IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17   the above-named person, he be immediately delivered and remanded to the United States

18   Marshal and/or his authorized deputies under this Writ.

19       WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States

20   District Court for the Northern District of California.

21   DATED: _____, 2008

22                                   CLERK, UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
23

24
                          By:    _____
25                               DEPUTY CLERK

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 08-0246 CW