JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0246 CW |
|    Plaintiff, ) | PETITION FOR AND WRITS OF HABEAS CORPUS AD PROSEQUENDUM |
|    v. ) | |
| KAO SAETURN, ) SAN KWEN SAEPHAN, )   aka "Forty," ) JOSEPH VU NGUYEN, ) DAVIS KIET DANG, )   aka Kiet Dang, )   aka Kiet Davis Anh Dang, )   aka Kiet Davisanh Dang, and ) JANTAR PHUN, )   aka "Kelley," ) )    Defendants. ) | |

TO: The Honorable Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court issue Writs of Habeas Corpus Ad Prosequendum for the persons of prisoners (1) JOSEPH VU NGUYEN (PFN No. BFB752), (2) SAN KWEN SAEPHAN (a/k/a "Forty") (CDC No. G11525;

PETITION AND [PROPOSED] ORDER FOR AND WRITS OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0246 CW

PFN No. BCZ538), and (3) KAO SAETURN (CDC No. V27922; PFN No. KHC008) whose places of custody and jailors are set forth in the requested Writs, attached hereto. The prisoners are required as the defendants in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writs as presented.

Dated: July 23, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ JAMES C. MANN
JAMES C. MANN
Assistant United States Attorney

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                                OAKLAND DIVISION
11   UNITED STATES OF AMERICA,            )    No. CR 08-0246 CW
                                          )
12           Plaintiff,                   )
                                          )    [PROPOSED] ORDER GRANTING
13      v.                                )    PETITION FOR AND WRITS OF
                                          )    HABEAS CORPUS AD
14   KAO SAETURN,                         )    PROSEQUENDUM
     SAN KWEN SAEPHAN,                    )
15     aka "Forty,"                       )
     JOSEPH VU NGUYEN,                    )
16   DAVIS KIET DANG,                     )
       aka Kiet Dang,                     )
17     aka Kiet Davis Anh Dang,           )
       aka Kiet Davisanh Dang, and        )
18   JANTAR PHUN,                         )
       aka "Kelley,"                      )
19                                        )
                                          )
20           Defendants.                  )
                                          )
21

22       Upon motion of the United States of America, and good cause appearing therefore,

23       IT IS HEREBY ORDERED that the United States' request for issuance of Writs of

24   Habeas Corpus Ad Prosequendum requiring the production of (1) JOSEPH VU NGUYEN (PFN

25   No. BFB752), (2) SAN KWEN SAEPHAN (a/k/a "Forty") (CDC No. G11525; PFN No.

26   BCZ538), and (3) KAO SAETURN (CDC No. V27922; PFN No. KHC008) before the Hon.

27   ////

28   ////

PETITION AND [PROPOSED] ORDER FOR AND WRITS OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0246 CW

1  Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Thursday, August 14, 2008 or
2  as soon thereafter as may be practicable, is granted, and the Writs shall be issued as presented.
3
4  DATED:_____
5                                                          HON. MARIA-ELENA JAMES
                                                           United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of JOSEPH VU NGUYEN (PFN No. BFB752), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that JOSEPH VU NGUYEN may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                              CLERK, UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA

                By: _____
                      DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 08-0246 CW

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for the California State Prison - Sacramento, and/or any California Department of Corrections facility:

## GREETINGS

WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of SAN KWEN SAEPHAN (a/k/a "Forty") (CDC No. G11525; PFN No. BCZ538), in your custody in the above-mentioned institution, or any other California Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that SAN KWEN SAEPHAN may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                              CLERK, UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA

           By: _____
                DEPUTY CLERK

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for the California State Prison - Solono, and/or any California Department of Corrections facility:

GREETINGS

WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of KAO SAETURN (CDC No. V27922; PFN No. KHC008), in your custody in the above-mentioned institution, or any other California Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that KAO SAETURN may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                                        CLERK, UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

                 By: _____
                       DEPUTY CLERK